```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELIZABETH W. MOORE, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>THE CENTER FOR AUTISM AND RELATED DISORDERS INC.,<br><br>　　　　　　　　Defendant. | 19-cv-3939 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on January 4, 2024, the Complaint and the Government's and States' Notices of Decision to Decline Intervention were unsealed, *see* Dkts. 10–13;

　　WHEREAS the Court's January 4, 2024 Order authorized service upon the Defendant by the Relator as of that date, *see* Dkt. 9;

　　IT IS HEREBY ORDERED that the Relator must serve Defendant by no later than **June 24, 2024**. An Initial Pretrial Conference will be scheduled by separate order.

**SO ORDERED.**

Dated:　**March 25, 2024**
　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**