```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
ELIZABETH W. MOORE, *et al.*,

                              Plaintiff,

-against-

THE CENTER FOR AUTISM AND RELATED DISORDERS INC.,

                              Defendant.

19-cv-3939 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 3, 2024, the parties emailed the Court regarding Defendant's anticipated Motion to Compel or, in the alternative, Motion to Strike.

IT IS HEREBY ORDERED that the parties appear before the Court telephonically on **Monday, May 6, 2024** at **10:00 A.M.** All parties must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 3939. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Dated:  May 4, 2024
          New York, New York

_____
**VALERIE CAPRONI
United States District Judge**