USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
ELIZABETH W. MOORE, *et al.I*,

                  Plaintiffs,

-against-

THE CENTER FOR AUTISM AND
RELATED DISORDERS INC.,

                  Defendant.

19-CV-3939 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties are ordered to submit a status update on this matter, including the pending bankruptcy case, every three months on the fifteenth of each month, or if the fifteenth falls on a weekend or holiday, on the next business day thereafter. The first update is due **July 15, 2024**.

**SO ORDERED.**

Dated:  July 10, 2024
          New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**