# Stein Mitchell Beato & Missner LLP

2000 K Street, NW Suite 600
Washington, DC 20006

P 202.737.7777
F 202.296.8312

www.steinmitchell.com

October 17, 2024

*Via Electronic Mail*
The Honorable Valerie Caproni
United States District Judge
United States District Courthouse
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

      Re:    *United States of America ex rel. Elizabeth W. Moore v. Center for Autism and Related Disorders, Inc.*, **19-cv-03939 (S.D.N.Y.)**

Dear Judge Caproni:

      I write on behalf of Elizabeth Moore, the Plaintiff/Relator in the above-referenced action, in response to Mr. Cenawood's October 17, 2024 Letter Motion (Dkt. No. 78) and pursuant to Chambers Rule 2(C).

      Though Ms. Moore consented to the extension requested by Defendant Pantogran, LLC, and agreed to the stipulation to that effect, Ms. Moore does not agree with Defendant's characterization of Ms. Moore's claims in its letter motion,[1] particularly Defendant's statement that Ms. Moore's "sole theory" of liability against Defendant Pantogran is successor liability. As the First Amended Complaint clearly asserts: "[a]s New CARD is a continuation of CARD, with Dr. Granpeesheh and Mr. Pant at New CARD's helm, Relator further alleges that, upon information and belief, New CARD continues to engage in the same fraudulent double billing scheme alleged in the Original Complaint." (Dkt. No. 42, ¶ 3).

      Ms. Moore reserves all rights to pursue her claims against Defendants, whether they arise under successor liability or otherwise.

---

[1] Defendants Audax Management Company, LLC, SH Varsity Acquisition Sub, LLC, Your Life ABA VA, LLC, SBH Intermediate Holdings, L.P., Proud Moments Licensed Behavioral Analysts PLLC, Proud Moments MSO, LLC, and Proud Moments Intermediate Holdings, LP (collectively, the "Audax-affiliated entities"), made similar characterizations in their respective letter motion seeking the same relief (Dkt. No. 74), and Ms. Moore disputes those characterizations as well.

Stein Mitchell Beato & Missner LLP

October 17, 2024
Page 2 of 2

Sincerely,

*Megan Benevento*

Megan Benevento

*Counsel for Plaintiff/Relator*